FILOMENA MIGLIACCIO, ADMINISTRATRIX, ETC., APPELLANT, v. PUBLIC SERVICE RAILWAY COMPANY, RESPONDENT.

Argued October 30, 1925—Decided March 26, 1926.

On appeal from the Supreme Court, whose opinion is reported in 101 *N. J. L.* 496.

For the appellant, *Lazarus, Brenner & Vickers.*

For the respondent, *Leonard J. Tynan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance*—TRENCHARD, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   6.

*For reversal*—MINTURN, KALISCH, BLACK, CAMPBELL, JJ. 4.